

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00329-CV

IN RE: "ATLAS" THE TAN AND BLACK GERMAN SHEPHERD
AND TAMMI MCCURDY PRICE, APPELLANT

V.

CITY OF BEDFORD, APPELLEE

On Appeal from the County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2025-003816-2, Honorable Jennifer A. Rymell, Presiding

May 20, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Tammi McCurdy Price, proceeding pro se, appeals from the trial court's *Final Judgment Order*.[1]  Appellant's brief was originally due January 28, 2026, but we granted Appellant three extensions to file a brief.  By letter of April 7, 2026, we notified Appellant that no further extensions would be granted and that the appeal was subject to

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

dismissal for want of prosecution, without further notice, if a brief was not received by April 29, 2026. Although Appellant subsequently filed a fourth motion for extension of time, the motion did not establish good cause warranting a further extension, and Appellant has yet to file a brief.

Accordingly, we dismiss this appeal for want of prosecution.[2]  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam

---

[2] Prior to our dismissal, Appellee, the City of Bedford, filed a motion to dismiss the appeal due to Appellant's failure to file a brief.  We dismiss Appellee's motion as moot.